**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Richard DENSON, Defendant/Appellant.**

**No. 58021.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 15, 1991.

Melinda K. Pendergraph, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction of possession of a schedule II controlled substance.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).